IN THE UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF OHIO

| | |
|---|---|
| IN RE: | Case No. 19-14906 |
| JEFFREY CARMAN | Chapter 13 |
| GLENDA CARMAN | Judge Jessica Price Smith |

                     Debtors

_____ /

JEFFREY CARMAN, *et al.*                     Adv. No. 20-01076

                     Plaintiffs

     v.

U.S. BANK NATIONAL ASSOCIATION
AS TRUSTEE FOR ADJUSTABLE RATE
MORTGAGE TRUST 2005-5 MORTGAGE
BACKED PASS-THROUGH CERTIFICATES
SERIES 2005-5

                     Defendants

**NOTICE OF SUBSTITUTION OF COUNSEL**

Please take notice that Plunkett Cooney and David L. Van Slyke, who is admitted to practice before the Ohio Supreme Court and the United States District Court for the Southern District of Ohio, hereby enters his appearance in this matter as counsel for Defendant U.S. Bank National Association as Trustee for Adjustable Rate Mortgage Trust 2005-5 Mortgage Backed Pass-Through Certificates Series 2005-5 in place of Amelia A. Bower, and pursuant to Bank R. 2002 requests that his name be added to the mailing list maintained by the Clerk in this case.

Respectfully Submitted,

**/s/ David L. Van Slyke**
David L. Van Slyke (0077721)
PLUNKETT COONEY
300 E. Broad Street Suite 590
Columbus, Ohio 43215
Direct: (614) 629-3006
Fax: (614) 629-3019
Email: dvanslyke@plunkettcooney.com
*Counsel for U.S. Bank National Association As Trustee For Adjustable Rate Mortgage Backed Pass-Through Certificates Series 2005-5*

**CERTIFICATE OF SERVICE**

A true and exact copy of the foregoing has been served this 18th day of November, 2020 by electronic delivery and regular US Mail as follows:

William C. Behrens
Box 6031040
Cleveland, Ohio 44103

**/s/ David L. Van Slyke**

Open.10100.02044.25313477-1